IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | Crim. No. 98-50029-002 | |
| JOE LOUIS MENDOZA | | DEFENDANT |

and

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | Crim. No. 99-50015-001 | |
| JOE LOUIS MENDOZA | | DEFENDANT |

**O R D E R**

Joe L. Mendoza is hereby ordered to complete, sign, date, and return the attached questionnaire on or before July 31, 2006. **Failure to respond within the required period of time will subject this matter to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 22nd day of June 2006.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE