IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | Crim. No. 98-50029-002 | |
| | Crim. No. 99-50015-001 | |
| JOE LOUIS MENDOZA | | DEFENDANT |

**O R D E R**

On August 1, 2006, Joe Louis Mendoza filed a reply to this court's questionnaire citing reasons why the court should consider his action timely and listing the exact property he wishes to have returned and his reasons for believing it should be returned. The United States is hereby directed to file a reply to his response on or before September 20, 2006, addressing the matters set out by Mendoza in his reply.

IT IS SO ORDERED this 30th day of August 2006.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE